# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK
### CIVIL/FAMILY POST TRIAL

### DATE: March 26, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/26/2015 6:44:00 PM

CHRISTOPHER A. PRINE
Clerk

## FOURTEENTH COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* **14-15-00067-CV**

*Trial Court Case Number:* **2011-20853B** _____

*Trial Court Number* **310TH District Court**

_____

### Information from Trial Court Clerk

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

**X** The clerk's record will not be filed by the original due date. (Please state reasons below)
**Reason(s): Appellant has filed notice of appeal as a pro se litigant with no advance payment made. A request for advance payment has been sent to the appellant.**
**See enclosure;**

I believe I can file the clerk's record by _____ and I request days extension.

_____ Appellant has not made payment arrangements.
_____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**

District Clerk's LetterOnReceipt NOAatt.wpd

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**March 18, 2015**

**SHAQUAIL JONES-WILLIAMS PRO SE**
1719 DEMAREE LANE
HOUSTON, TX 77029

**Sent Via: US Mail Only**

**Re: Cause No.; 2011-20853B – In the Interst of K. J. W. In The 310th District Court of Harris County, Tx**

**Dear Ms.& Mr. Williams:**

We have received your notice of appeal in the above referenced case.  We are informing you in order for us to prepare, certify and timely file the clerk's record with the appellate court that you must be in accordance with rule (35.3) of the Texas Rules of Appellate Procedure which states:

*(a)* (2) ***The party responsible for paying for the preparation of the clerk's record has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee.***

The <u>estimated</u> cost of the clerk's record is $ **200.00**.  We are requesting a deposit/payment of **$150.00** **before** proceeding in preparing the clerk's record..

You may remit your payment in the form of a money order or cashier's check, payable to Chris Daniel, District Clerk by mailing to:

Chris Daniel, District Clerk
Attn:  Civil / Family Post Trial
P.O. Box 4651
Houston, TX 77210-4651

CHRIS DANIEL
Harris County, District Clerk

By: /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, Deputy**